FILED
July 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) CASE NUMBER: 2:10-cr-00284-MCE
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
THUY THI TRAN, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THUY THI TRAN; Case 2:10-cr-00284-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $100,000.00 co-signed by Anh Truong, Amando Manh Tran, Tim Andante & Nguyen Van Tan.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 7/15/10 at 3:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge