```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00284-MCE |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS |
| v. | |
| THUY THI TRAN, | |
| Defendant. | |

    Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves, consistent with the Principles of Federal Prosecution, to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charge in the Indictment against defendant Thuy Thi Tran.  Based on defense information and investigation obtained during post-Indictment investigation, including matters not available to the government until after formal charging had occurred, the government believes

/ / /

/ / /

Government's Motion to Dismiss

1 that is in the interest of justice to dismiss the charge pending
2 against defendant Thuy Thi Tran.
3                                         Respectfully submitted,
4
                                          BENJAMIN B. WAGNER
5                                         United States Attorney
6 Dated: February 21, 2013                  /s/ Todd D. Leras
                                          TODD D. LERAS
7                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff
8

Government's Motion to Dismiss     2

**ORDER**

Based on the government's motion, it is hereby ordered that the charge in the Indictment in this matter as to defendant Thuy Thi Tran is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE